UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN JUNIOR GORDON,

    Plaintiff,

v.

UNKNOWN HARRY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-491

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed under 42 U.S.C. § 1983. Defendants Dorch, Duiker, and Ross filed a Motion for Summary Judgment (ECF No. 14). Plaintiff filed a Motion to Amend (ECF No. 25). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 14, 2020, recommending that this Court dismiss Plaintiff's remaining claims against Defendants Dorch, Ross, and Duiker with prejudice for failure to state a claim based on the doctrine of claim preclusion, and that the motions be denied as moot. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court; Plaintiff's remaining claims against Defendants Dorch, Ross, and Duiker are DISMISSED with prejudice for failure to state a claim based on the doctrine of claim preclusion.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 14) and the Motion to Amend (ECF No. 25) are DENIED as moot.

A Judgment will be entered consistent with this Order.


Dated: March 10, 2020                                              /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge